No. 11–817. FLORIDA v. HARRIS. Sup. Ct. Fla. [Certiorari granted, 566 U. S. 904.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–1274. GABELLI ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari granted.

No. 11–1351. LEVIN v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted.

No. 11–1425. MISSOURI v. MCNEELY. Sup. Ct. Mo. Certiorari granted.

No. 11–10362. MILLBROOK v. UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Whether 28 U. S. C. §§ 1346(b) and 2680(h) waive the sovereign immunity of the United States for the intentional torts of prison guards when they are acting within the scope of their employment but are not exercising authority to 'execute searches, to seize evidence, or to make arrests for violations of Federal law.'"

No. 12–25. MARACICH ET AL. v. SPEARS ET AL. C. A. 4th Cir. Certiorari granted.

No. 12–98. DELIA, SECRETARY, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES v. E. M. A., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM JOHNSON, ET AL. C. A. 4th Cir. Certiorari granted.